IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| | : Docket No. 6:06CR00025 |
| v. | : |
| | : |
| VINCENT EDWARD TURPIN | : |
| _____ | : |

## NOTICE OF APPEARANCE

    Allegra M. C. Black, Esq., Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

                                                       Respectfully submitted,

                                                       Vincent Edward Turpin

                                                       By: s/ Allegra M. C. Black
                                                             Of Counsel

Allegra M. C. Black, Esquire
Virginia State Bar No. 46188
Federal Public Defender's Office
210 First Street  SW, Room 400
Roanoke, Virginia  24011
Ph. (540) 777-0880
Fax (540) 777-0890

    *Counsel for defendant  Vincent Edward Turpin*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of May, 2016 I served the foregoing notice of appearance on Donald Ray Wolthuis, United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709 by electronic filing and on the same date, I caused the original thereof to be filed electronically with Julia Dudley, Clerk, United States District Court, 210 Franklin Road, SW., and Roanoke, Virginia 24011.

                                                s/ Allegra M. C. Black