CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/17/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 6:06-cr-00025 |
| v. | **ORDER** |
| VINCENT EDWARD TURPIN, | Judge Norman K. Moon |
| *Defendant.* | |

For the reasons provided in a Memorandum Opinion issued this date, the Defendant's motion to reduce his sentence, Dkt. 103, is **DENIED**.

It is so **ORDERED**.

Entered this 17th day of April, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE